IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JANIS E. COWSER,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,<br><br>  Defendant. | Case No. 23-cv-00118-DKW-RT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**[1] |

Plaintiff Janis Cowser, proceeding pro se, moves for leave to proceed without prepaying fees or costs in this appeal of a decision by the Acting Commissioner of Social Security ("IFP Application"). Dkt. No. 9.[2]

Federal courts can authorize the commencement of any suit without prepayment of fees or security by a person who submits an affidavit that demonstrates an inability to pay. *See* 28 U.S.C. § 1915(a)(1). While Section 1915(a) does not require a litigant to demonstrate absolute destitution,

---

[1] The Court finds this matter suitable for disposition without a hearing pursuant to Local Rule 7.1(c).

[2] Cowser previously moved for leave to proceed without prepaying fees or costs when initiating this action. That earlier motion, however, was denied for failure to fully complete the application. Dkt. Nos. 2, 7.

*Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339 (1948), the applicant must nonetheless show that she is "unable to pay such fees or give security therefor," 28 U.S.C. § 1915(a).

Here, Cowser has made the required showing under Section 1915(a). Liberally construed, in the IFP Application, Cowser states that she receives $1,049 in social security benefits. While the IFP Application does not specifically state how frequently Cowser receives this amount, review of the documents attached to the IFP Application appear to reflect that Cowser receives this amount on a monthly basis.[3] *See* Dkt. No. 9-1 at 1-2. She further states that she has minus $2.90 in a checking or savings account and no other assets. In light of these figures, Cowser's income falls below the poverty threshold identified by the Department of Health and Human Services' ("HHS") 2023 Poverty Guidelines. *See* HHS Poverty Guidelines, available at: https://aspe.hhs.gov/poverty-guidelines. In addition, Cowser has insufficient assets to provide security for the $400 filing fee. As a result, the Court GRANTS the IFP Application, Dkt. No. 9.[4]

---

[3] To the extent Cowser receives the $1,049 in social security benefits on something other than a monthly basis, she is ordered to promptly inform the Court and include an accompanying explanation.

[4] Because Rule 3 of the recently enacted Supplemental Rules for Social Security Actions provide that a plaintiff is not required to serve a summons and complaint in a social security action, it is unnecessary for the Court to direct service of the Complaint in this case.

IT IS SO ORDERED.

Dated: March 22, 2023 at Honolulu, Hawaiʻi.



Derrick K. Watson
Chief United States District Judge

---

*Cowser v. Kijakazi*; Civil No. 23-00118 DKW-RT; **ORDER GRANTING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**